Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax:  (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for Defendant CME INTERNATIONAL LLC

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HARRISON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CME INTERNATIONAL LLC (dba Bob's watches), <br><br> Defendant. | CASE NO.: 8:23-cv-00347-CJC-KES <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> [Fed.R.Civ.P. 12(1) and (6)] <br><br> Date:  May 22, 2023 <br> Time:  1:30 p.m <br> Courtroom: 9B <br> Ronald Reagan Federal Building and United States Courthouse <br><br> Hon. Cormac J. Carney |

1  **TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

2      PLEASE TAKE NOTICE THAT on Monday, May 22, 2023, at 1:30 p.m. or as soon
3  thereafter as the matter may be heard in Courtroom 9B of the above-entitled court,
4  Defendant CME International LLC (dba Bob's Watches), will and hereby does move to
5  dismiss the Complaint in its entirety, pursuant to Fed.R.Civ.P. 12(b)(6) and 12(b)(1). All of
6  the asserted claims arise from Plaintiff's alleged visit to www.bobswatches.com (the
7  "Website"), and Plaintiff's claim that the Website fails to comply in various ways with
8  Plaintiff's Screen Reader Software's ("SRS") ability to access the Website, and deterred
9  Plaintiff from learning information about Bob's Watches products in violation of the
10 Americans with Disabilities Act and California's Unruh Civil Rights Act. However,
11 Plaintiff's Complaint fails to state a viable claim as none of Plaintiff's supposed issues with
12 Defendant's Website would impede or stop her from accessing the physical location of
13 Defendant's business. As such, Plaintiff's alleged inability to view certain aspects of the
14 site for a purely informational injury does not rise to a viable ADA claim. Further, Plaintiff
15 has not shown a bona fide intent to visit the store's physical location to make a purchase or
16 to return at anytime in the future, as such Plaintiff does not have a viable Unruh Act claim.

17     This motion is based on this Notice and the accompanying Memorandum of Points
18 and Authorities, the Request for Judicial Notice, Proposed Order, all pleadings and
19 documents on file herein, and on such other and further evidence as may be presented at or
20 before the hearing on this matter.

21     Pursuant to Local Rule 7-3, Defendant's counsel Philip H. Stillman, Esq. met and
22 conferred via telephone on April 21, 2023 with Plaintiff's counsel Michael T. Harrison,
23 Esq. and were unable to reach any agreement regarding Defendant's issues concerning the
24 deficiencies in Plaintiff's claims.

25 ///
26 ///
27 ///
28

///

WHEREFORE, Defendant respectfully requests that this Court grant Defendant's Motion to Dismiss the Complaint.

                                            Respectfully Submitted,

                                            STILLMAN & ASSOCIATES

April 22, 2023                           By: _____
                                                Philip H. Stillman, Esq.
                                                Attorneys for Defendant

## PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on April 23, 2023 or as soon as possible thereafter, copies of the foregoing Notice of Motion to Dismiss, Memorandum of Points and Authorities, and Proposed Order were served electronically by ECF.

By: /s/ *Philip H. Stillman*
For Defendant