Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax:  (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for Defendant CME INTERNATIONAL LLC

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HARRISON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CME INTERNATIONAL LLC (dba Bob's watches),<br><br>Defendant. | CASE NO.: 8:23-cv-00347-CJC-KES<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Fed.R.Civ.P.  12(1) and (6)]<br><br>Date:        May 22, 2023<br>Time:        1:30 p.m<br>Courtroom: 9B<br>Ronald Reagan Federal Building and United States Courthouse<br><br>Hon. Cormac J. Carney |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Defendant CME International, LLC hereby requests that this Court take judicial
2    notice of the following:

3        1.    The landing page of Defendant's website, www.bobswatches.com, a true and
4    correct copy of which is attached hereto as <u>Exhibit 1</u>, which shows the location information
5    of Defendant's physical location and specifically states that visits to Defendant's physical
6    location in Newport Beach, CA is by appointment only.

7        2.    The accessibility page of Defendant's website,
8    https://www.bobswatches.com/accessibility-help, a true and correct copy of which is
9    attached hereto as <u>Exhibit 2</u>, which provides ADA-compliant tools to assist those with
10   visual impairments.

11                                 Respectfully Submitted,

12                                 STILLMAN & ASSOCIATES

13

14   April 22, 2023              By: _____
15                                    Philip H. Stillman, Esq.
                                      Attorneys for Defendant
16

17

18

19

20

21

22

23

24

25

26

27

28

Request for Judicial Notice                    -1-

1

**PROOF OF SERVICE**

2   I, the undersigned, certify under penalty of perjury that on April 23, 2023 or as soon

3   as possible thereafter, copies of the foregoing Notice of Motion to Dismiss, Memorandum

4   of Points and Authorities, Request for Judicial Notice and Proposed Order were served

5   electronically by ECF.

6   By: /s/ *Philip H. Stillman*

7   For Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit 1**

Shop New Arrivals

100% Certified Authentic

BOB'S

# The Pre-Owned Rolex Exchange

Buy Rolex | Sell Rolex

Rolex · OMEGA · Tudor · Oris · Cartier · Grand Seiko · Tissot · Breitling · Panerai · Aude

SHOP

## Rolex Watches

Rolex Submariner · Rolex Datejust · Rolex GMT-Master · Rolex Daytona · Rolex Explorer · Rolex Women's

EXPLORE

## Popular Models

| | | | |
|---|---|---|---|
| Rolex President | Rolex Milgauss | Rolex Datejust II | Rolex Cellini |
| Rolex Yacht-Master | Rolex Air-King | Rolex Date | Rolex Yacht-Master II |
| Rolex Sea-Dweller | Rolex Sky-Dweller | Rolex Explorer II | Rolex Day-Date II |
| Rolex Vintage | Rolex Day-Date | Rolex GMT-Master II | Rolex Oyster Perpetual |

SHOP ALL MODELS

SELL

## Your Luxury Watch

If you are looking for the best place to sell your Rolex or how to find the value or worth of your used Rolex watch, turn to the experts here for a free no obligation evaluation.

Email Address | Rolex

GET YOUR VALUE

## New Arrivals

UPDATED HOURLY

| | | | | | |
|---|---|---|---|---|---|
| Rolex DateJust $14,495 | Rolex DateJust $7,995 | Rolex DateJust $16,495 | Rolex DateJust $9,995 | Rolex DateJust $10,595 | Rolex Day-Date $21,495 |

SHOP MORE WATCHES

## Editorial Daily Articles

Rolex News

2023 Reactions to Top Watches & Wonders Releases

Rolex News

Watches & Wonders Top Brand Releases and Popular Trends

Rolex News

Rolex Watches & Wonders Biggest Releases & Discontinued Models

Rolex News

Watches & Wonders Geneva 2023: Rolex, Tudor, Patek & More Brands Revealed

Buying Guides

Omega Ploprof Ultimate Buying Guide

Buying Guides

Rolex Valentine's Day Buying Guide

READ MORE

## Our Promise

TRUST | HONESTY | TRANSPARENCY

### 100% Authentic

All watches are 100% Authentic

### Full Transparency

We publish the buy and sell prices for all watches to honor the fair market value of all products.

### Real Time Inventory

Every watch on our website is in stock and ready for sale. Including hourly New Arrivals.

### Free Shipping

Enjoy fast, free overnight shipping on all orders.

ABOUT

## Bob's Watches

### Our Story

Founded in 1999, Bob's Watches is the leading online marketplace for buying, selling and trading used Rolex watches for men and women. With over 20 years of experience, and thousands of satisfied customers, we carry the world's largest selection of Rolex watches for sale as well as other top brands.

Our pre-owned luxury watch exchange is known for providing excellent customer service and offering the best prices through our low-price guarantee. All watches listed on our site are in stock and immediately available for free overnight shipping. Our selection is meticulously inspected and authenticated by third-party experts, ensuring every luxury watch listed on our store is 100% certified authentic.

Located in Newport Beach, California, we are proud members of the BBB, the IWJG, Jewelers Board of Trade and the Chamber of Commerce.

Along with a wide selection of new and used models for purchase, Bob's Watches is the most trusted destination to sell vintage and contemporary watches at full market value. Our Rolex serial numbers chart look-up tool helps owners learn when a specific piece was manufactured, and by filling out and submitting the form on our Sell Rolex page, viewers can get exact estimations on models in question. In addition, our YouTube video helps visitors learn "How to spot a fake Rolex."

Popular Models:

- Rolex Submariner
- Rolex Datejust
- Rolex Daytona
- Rolex GMT Master II

Trust, honesty, and transparent pricing. Bob's Watches offers the largest and finest selection of used, pre-owned, and vintage luxury watches. It has become the ultimate destination for consumers looking to buy, sell, or trade certified pre-owned timepieces, attaining a BBB A+ rating, and has been quoted and featured in many of the world's leading news publications.

PAUL ALTIERI

*Founder and CEO | Bob's Watches*

About Bob's Watches
Copy link

“

THE REVIEWS

## What People Are Saying

★★★★★ Always professional, very informative and 100% legitimate. Highly recommended. And trust me, I did my homework on secondary sellers.

SKIP S.
Houston

★★★★★ Just wonderful. Well priced watches in great condition. I also don't remember the last time I enjoyed speaking to customer service as much as I did... almost didn't want to hang up!

CARLO L.
Dallas

★★★★★ Amazing customer service!! I sent an email inquiring about a piece and was quickly contacted by a representative who helped me out. Overnight shipping and 3 days to checkout the watch or return it for no cost. No better place to pick up a watch. 10/10!!

CODY W.
Los Angeles

SUBSCRIBE

## Stay Updated

Get access to exclusive insight not available anywhere else on this website! Sign up below.

Enter your email address

SUBSCRIBE

### Why Shop at Bob's?

Trust, honesty, and transparent pricing. The Company offers the largest and finest selection of used, pre-owned, and vintage luxury watches from brands including Rolex, OMEGA, Patek Phillippe, Panerai , and more. It has become the ultimate destination for consumers looking to buy, sell, or trade certified pre-owned timepieces, attaining a BBB A+ rating, 5/5 stars in Ekomi, and has been quoted and featured in many of the world's leading news publications.

Unlike competitors, all watches are in stock ready for immediate overnight shipping. Visit our resources page to learn more about the Company and its rich history. All watches are restored using established authorized repair shops using genuine parts.

### Price and Authenticity Guarantee

Our online collection of pre-owned timepieces offer a wide selection for those with a broad range of budgets and lifestyles. Our catalog is vast but singular in quality and affordability.

Bob's strenuous process ensures the highest quality of used luxury watches. By focusing on luxury and integrity, our in-house experts can help pinpoint our customers' exact specifications of our customers and guide them towards a piece that perfectly balances style, sophistication, and timeliness. The rest is up to the onlookers. The Company consistently ranks as the "best place to buy a Rolex watch".

We pride ourselves on buying and selling nothing but genuine, 100% authentic timepieces. Our in-house watch experts check and certify the authenticity of each and every piece so that customers are guaranteed to be purchasing a 100% real and genuine product.

To best accommodate our clients we go to great lengths to ensure we curate a selection that falls within their budget, while still focusing on pieces that can truly enhance a lifestyle. We strive to help each client find what they are looking for. From two-tone Datejust watches to gold Date Date timepieces, we keep a large inventory on hand to ensure the best possible selection.

### Vintage and Contemporary Watch Collection

As the most trusted name in luxury watches, with the largest inventory on-hand and ready for immediate sale, Bob's Watches is the foremost destination to find the best in authentic, pre-owned luxury accessories. So whether on the hunt for a new pre-owned Ceramic No Date Submariner, a , or a vintage Paul Newman Daytona, Bob's is your primary source to find the best-of-the-best in pre-owned luxury goods at unbeatable prices. We offer the full line of Daytona models in stainless, solid gold, and two tone. The esteemed still sees considerable demand today from enthusiast and non-enthusiasts alike due to its powerful design and identifying features of its 3-register chronograph dial.

We have an ever-evolving selection of men and women's models, with some representing modern timepiece aesthetics, and others bearing more spirited vintage design ethos - a category that has increased quite significantly in terms of value and popularity over the last several years.

### Why Do We Specialize In Rolex Watches?

The brand is synonymous with style, elegance, and sophistication. From its humble beginnings in London in 1905, to becoming one of the most revered brand names in the world. The company has and will always remain in the upper echelon of luxury timepieces.

Wearing one of these beautifully-designed wristwatches exudes a certain kind of style and grace unmatched in the watchmaking industry. Few other brand names are enamored on such a broad scope, or so universally treasured on such an international scale.

### Sell your Rolex Watch

Whether you are looking to buy, trade, or sell a Rolex watch, you can always count on us to provide the best prices and the best service. Our team of experts are professionals in their field and will thoroughly examine your watch to arrive at the most current fair market valuation. We offer this level of service on all brands, but this brand is our specialty.

In the past 12 years, we have purchased more used, pre-owned and vintage watches than anyone in the industry. And we understand that selling your timepiece can be a daunting experience so to that end we offer same-day immediate payment by check or wire, and your watch is insured from the second it leaves your possession.

Your trust is of paramount importance. We are the only retailer that offers transparent prices allowing our marketplace to serve as a "Kelly Blue Book" for used Rolex watches. Values and prices have significantly increased the past 5 years so it's important to sell your watch to a buyer that is dedicated to the brand and is up to date on current values We guarantee the best buy prices and can get you a firm quote in less than 1 day.

### The Panerai Collection

If you are searching for a nice blend of Italian design and Swiss technology, you might want to take a closer look at our Used selection. Founded in 1860 in Florence, Italy this brand manufactures a selection of elegantly crafted timepieces.

### Bob's Watches In The News

The Company has been featured in many of the world's largest and most respected news publications including but not limited to The Wall Street Journal, The NY Times, CNBC, Fox News, Barrons, Forbes, Fortune Magazine, The Los Angeles Times, Time Magazine, TechCrunch, Business Insider, JCK, and more.

The Company was recently ranked #129 of the fastest-growing private companies in America by INC 500 and The Internet Retailer Hot 100. Our founder & CEO Paul Altieri has been featured and interviewed by dozens of fashion and watch journalists over the years for his insight and knowledge and is widely considered one of the foremost experts on Rolex watches. Visit our press page to learn more.

Shop our online catalog of pre-owned luxury watches from popular brands such as: Rolex, OMEGA, Tudor, Breitling, Panerai, Patek Phillipe, Cartier, Audemars Piguet, Oris, and more.

BOB'S WATCHES

Subscribe For Updates

Email Address | Your Phone #

1900 Quail St Newport Beach, CA 92660

By Appointment Only MON - FRI 9AM - 5PM (PST)

Have a Question? (800) 494-3708

| Our Company | Services & Support | Buying & Selling | Shipping & Returns |
|---|---|---|---|
| About Us | Seller Terms & Conditions | Why Buy From Us | U.S. Shipping |
| Careers | Consignor Terms | Authenticity Pledge | International Shipping |
| How We Give Back | Contact Us | Buyers Protection Plan | Returns |
| Press | FAQ | Bob's Rolex USA | Warranty |
| Trusted Partners | Accessibility | Testimonial Reviews | |
| Bob's Watches Wikipedia | | | |
| Scholarship | | | |

© 2023 Bob's Watches Privacy · Terms · Sitemap

All rights reserved. Bob's Watches is not affiliated with Rolex S.A., Rolex USA, or any of its subsidiaries.

Bob's Watches is an independent watch dealer and is not sponsored by, associated with and/or affiliated with Rolex S.A., Rolex USA, or any other brand listed on its website. Bob's Watches only sells pre-owned watches and provides its own warranties on the watches it sells. The brand names and associated model names for Rolex, OMEGA and other manufacturers are the trademarks of their respective owners.

Contact us

**Exhibit 2**

   


# Accessibility Help

Bob's Watches is committed to making sites accessible for all, including people with disabilities. We are continuously improving the service we provide through our app to comply with increased accessibility standards, guidelines, and to make the browsing experience better for everyone.

**ACCESSIBLY APP TOOLBAR**

### Conformance status

The app uses the Web Content Accessibility Guidelines (WCAG) defined requirements to improve accessibility for people with disabilities. It defines three levels of conformance: Level A, Level AA, and Level AAA. Accessibly App is following the best guidelines and is partially conformant with WCAG 2.0 level AA.

### Accessibly App features

When a site has Accessibly App installed, the website can be adjusted with keyboard navigation using the "tab" key (WCAG 2.1/2.1.1). Additionally, see the list of all provided Accessibly App features and tools for better website experience:

### Zoom | WCAG 2.1 / 1.4.4

This feature enables users to enhance the size of the text to up to three times the original text for better text readability.

### Bigger cursor

Makes the cursor bigger and more prominent. Increases the size for better site browsing.

### Invert colors

Invert the colors of the website content. For those with decreased vision, the high contrast greatly helps to read the site better.

### Tweak Contrast | WCAG 2.1 / 1.4.6

This feature lets users manually select from two options: to enhance the contrast of the website or to decrease the contrast.

### Tweak Brightness | WCAG 2.1 / 1.4.6

This feature lets users update the brightness on the site. The content can either be made brighter or darker.

### Grayscale | WCAG 2.1 / 1.4.6

Users can turn on grayscale, making the website content appear only in shades of gray. This benefits people with visual impairment.

### Reading Line

Add a supportive reading line to the site.

### Readable fonts

Convert the fonts available on-site to one of the most easily readable fonts: Helvetica.

### Alt Text and Images

Ability to read alt text of images. As of now, our tool has added a feature where alt descriptions for images without them are generated using Google's Vision AI. In the event that you haven't manually written these image descriptions yourself, this greatly helps people with visual impairment browse your site.

### Tooltips | WCAG 2.1 / 2.5.3

Add labels to images that contain a written description of the image.

### Highlight links

Highlight links to make them more prominent.

### Hide images

Hide images on the site. This provides better site readability for people with visual impairment.

### Read page

A feature that allows a voice to read the text on your site out loud to visitors.

We strive to have websites that are accessible to individuals with disabilities. However, if you encounter any difficulty in using our site, please email us for assistance with accessibility issues.



## Subscribe For Updates

| Email Address | > |
| Your Phone # | > |

   

1900 Quail St Newport Beach, CA 92660

By Appointment Only MON - FRI 9AM - 5PM (PST)

Have a Question? (800) 494-3708

### Our Company
About Us
Careers
How We Give Back
Press
Trusted Partners
Bob's Watches Wikipedia
Scholarship

### Services & Support
Seller Terms & Conditions
Consignor Terms
Contact Us
FAQ
Accessibility

### Buying & Selling
Why Buy From Us
Authenticity Pledge
Buyers Protection Plan
Bob's Rolex USA
Testimonial Reviews

### Shipping & Returns
U.S. Shipping
International Shipping
Returns
Warranty

© 2023 Bob's Watches    Privacy · Terms · Sitemap

All rights reserved. Bob's Watches is not affiliated with Rolex S.A., Rolex USA, or any of its subsidiaries.

Bob's Watches is an independent watch dealer and is not sponsored by, associated with and/or affiliated with Rolex S.A., Rolex USA, or any other brand listed on this website. Bob's Watches only sells pre-owned watches and provides its own warranties on the watches it sells. The brand names and associated model names for Rolex, OMEGA and other manufacturers are the trademarks of their respective owners.


Contact us