

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 23-00347-CJC (KESx)           Date:  June 28, 2023

Title: <u>BARBARA HARRISON V. CME INTERNATIONAL LLC</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION**

       On May 9, 2023, the Court granted Defendant's motion to dismiss and gave Plaintiff leave to amend the complaint.  (*See* Dkt. 21.)  The Court stated that "[i]f Plaintiff chooses to file an amended complaint, she must do so within *twenty-one (21) days* of the date of this Order" and "[i]f Plaintiff fails to timely file an amended complaint, the case will be dismissed with prejudice."  (*Id.* at 8 [emphasis in original].)  Well more than twenty-one days have passed, and Plaintiff has not filed an amended complaint—or anything—on the docket.  Accordingly, this action is hereby **DISMISSED WITH PREJUDICE**.

jso

MINUTES FORM 11
CIVIL-GEN          Initials of Deputy Clerk RRP